| | |
|---|---|
| 1 | THE BRANDI LAW FIRM |
|   | THOMAS J. BRANDI  Bar No. 53208 |
| 2 | TERENCE D. EDWARDS  Bar No. 168095 |
|   | BRIAN J. MALLOY  Bar No. 234882 |
| 3 | 44 Montgomery Street, Suite 1050 |
|   | San Francisco, California 94104 |
| 4 | Telephone: (415) 989-1800 |
|   | Facsimile: (415) 989-1801 |
| 5 | tjb@brandilaw.com |
| 6 | Attorneys for Plaintiff |
|   | DANIEL HEMENEZ |
| 7 | |
| 8 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 9 | DENNIS G. ROLSTAD  Bar No. 150006 |
|   | MICHELLE Y. McISAAC  Bar No. 215294 |
| 10 | One Market Plaza |
|    | Steuart Tower, 8th Floor |
| 11 | San Francisco, California 94105 |
|    | Telephone: (415) 781-7900 |
| 12 | Facsimile: (415) 781-2635 |
|    | dennis.rolstad@sdma.com |
| 13 | |
|    | Attorneys for Defendant |
| 14 | HARTFORD LIFE AND ACCIDENT INSURANCE |
|    | COMPANY |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | DANIEL HEMENEZ, | CASE NO. 05-03965 WHA |
| 20 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
|    |           | **ORDER TO DISMISS DEFENDANT C&H** |
| 21 | v.        | **SUGAR COMPANY, INC.** |
| 22 | HARTFORD LIFE AND ACCIDENT INSURANCE CO., HARTFORD LIFE AND ACCIDENT INSURANCE CO. GROUP INSURANCE POLICY, C&H SUGAR COMPANY, INC., and C&H SALARIED EMPLOYEES BENEFIT PLAN, | |
| 26 | Defendants. | |

-1- CASE NO. 05-03965 WHA
STIPULATION AND [PROPOSED] ORDER TO DISMISS C&H SUGAR COMPANY, INC.

1    Plaintiff Daniel Hemenez ("Hemenez") and defendant Hartford Life and Accident

2 Insurance Company ("Hartford"), by and through their attorneys of record, hereby STIPULATE

3 and AGREE that defendant C&H Sugar Company, Inc. ("C&H") may be dismissed without

4 prejudice from the above entitled action brought by Hemenez for the recovery of long term

5 disability benefits under C&H's employee welfare benefit plan governed by the Employee

6 Retirement Income Security Act ("ERISA").  C&H's long term disability plan, which is the

7 subject of Hemenez's action, is insured under a group long term disability policy issued by

8 Hartford.

9    IT IS SO AGREED AND STIPULATED.

10   DATED:  November 14, 2005          THE BRANDI LAW FIRM

11

12                                      By: s/Brian J. Malloy
                                            THOMAS J. BRANDI
13                                          TERENCE D. EDWARDS
                                            BRIAN J. MALLOY
14                                          Attorneys for Plaintiff
                                            DANIEL HEMENEZ
15

16   DATED:  November 14, 2005          SEDGWICK, DETERT, MORAN & ARNOLD LLP

17

18
                                        By: s/Michelle Y. McIsaac
19                                          DENNIS G. ROLSTAD
                                            MICHELLE Y. McISAAC
20                                          Attorneys for Defendant
                                            HARTFORD LIFE AND ACCIDENT INSURANCE
21                                          COMPANY

22

23   IT IS SO ORDERED.

24

25   Dated: November 15, 2005           _____
                                        UNITED STATES DISTRICT COURT JUDGE
26

27

28