| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>BRUCE D. CELEBREZZE  Bar No. 102181 |
| 2 | DENNIS G. ROLSTAD  Bar No. 150006<br>MICHELLE Y. McISAAC  Bar No. 215294 |
| 3 | One Market Plaza<br>Steuart Tower, 8th Floor |
| 4 | San Francisco, California 94105<br>Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635<br>dennis.rolstad@sdma.com |
| 6 | |
| 7 | Attorneys for Defendants<br>HARTFORD LIFE AND ACCIDENT INSURANCE |
| 8 | COMPANY and C&H SALARIED EMPLOYEES<br>BENEFIT PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL HEMENEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE CO., HARTFORD LIFE AND ACCIDENT INSURANCE CO. GROUP INSURANCE POLICY, C&H SUGAR COMPANY, INC., and C&H SALARIED EMPLOYEES BENEFIT PLAN,<br><br>        Defendants. | CASE NO. 05-03965 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff Daniel Hemenez and defendants Hartford Life and Accident Insurance Company and C&H Salaried Employees Benefit Plan, by and through their respective attorneys of record herein, that the parties have resolved this matter in its entirety, and that the parties to date have complied with the written settlement agreement.

IT IS THEREFORE STIPULATED AND AGREED that this entire action,

1  including the complaint and any counter-claim on file herein, shall be dismissed with prejudice,

2  each party to bear his or its own attorneys' fees and costs.

3  DATED: April 11, 2006            THE BRANDI LAW FIRM

4

5                                   By:   s/Brian J. Malloy
                                          BRIAN J. MALLOY
                                          Attorneys for Plaintiff
6                                         DANIEL HEMENEZ

7

8  DATED: May 1, 2006              SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10                                  By:  s/Dennis G. Rolstad
                                          DENNIS G. ROLSTAD
11                                        MICHELLE Y. McISAAC
                                          Attorneys for Defendants
12                                        HARTFORD LIFE AND ACCIDENT
                                          INSURANCE COMPANY and C&H SALARIED
13                                        EMPLOYEES BENEFIT PLAN

14

15                                  ORDER

16

17       IT IS SO ORDERED.                  [APPROVED — Judge William Alsup, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal]

18
       DATED: May 8, 2006
19
                                    JUDGE OF THE UNITED STATES DISTRICT COURT
20

21

22

23

24

25

26

27

28